RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE _____/____/_____

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| **MURPHY TOLLIVER-LABBE** | **CIVIL ACTION 05-611** |
| **VERSUS** | **CHIEF JUDGE HAIK** |
| **COMMISSIONER OF SOCIAL SECURITY** | **MAGISTRATE JUDGE METHVIN** |

*****************************************************************

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred Methvin for Report and Recommendation. After an independent review of the record and the applicable jurisprudence, and noting the absence of objections, this Court concludes that the findings and recommendations of the Magistrate Judge are correct and adopts the conclusions set forth therein.

Accordingly, **IT IS ORDERED, ADJUDGED, and DECREED** that the Commissioner's decision is **AFFIRMED**.

**THUS DONE AND SIGNED** on this the ___5___ day of ___July___, 2006.

CHIEF JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA